FILED

10/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0248

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No.   DA 18-0248

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JORY RUSSELL STRIZICH,

Defendant and Appellant.

**GRANT OF EXTENSION**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 18, 2020 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2020